IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY NELSON GRIMES,

    Plaintiff,

  v.

DANE COUNTY JAIL, CURRENT
SHERIFF AND ALL STAFF, and DANE
COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

Case No. 21-cv-685-jdp

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

January 14, 2022
Date